**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Henry Lee GORDON, Jr., Defendant–**
**Appellant.**

No. 05–11429.
**D.C. Docket No. 03–00287–CR–A–N.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 20, 2005.

Jay (Joseph) Brady Lewis, Law Offices of Jay Lewis, Montgomery, AL, for Defendant–Appellant.

Before BIRCH, BARKETT and FAY, Circuit Judges.

PER CURIAM:

Jay Lewis, appointed counsel for Henry Lee Gordon, Jr., has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Gordon's convictions and sentences are AFFIRMED.